HUNTON ANDREWS KURTH LLP
Ann Marie Mortimer (State Bar No. 169077)
amortimer@HuntonAK.com
Jason J. Kim (State Bar No. 221476)
kimj@HuntonAK.com
Jeff R. R. Nelson (State Bar No. 301546)
jnelson@HuntonAK.com
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone:  (213) 532-2000
Facsimile:  (213) 532-2020

Attorneys for Plaintiff
FACEBOOK, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>MOHAMED ZAGHAR, D/B/A MASSROOT8,<br><br>Defendant. | CASE NO.:  3:20-CV-04054-LB<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING PERMANENT INJUNCTION AND DISMISSAL** |

**WHEREAS**, Zaghar is a resident and citizen of Morocco, who operated and controlled several websites, including fast-likers.com, fast-autolikers.com, and massroot8.com;

**WHEREAS**, Zaghar operated an unlawful business using the website massroot8.com, which was designed to illegally collect Facebook user data – namely, email address, mobile phone number, gender and date of birth;

**WHEREAS**, Zaghar collected data from Facebook using self-compromised Facebook accounts and a computer program that pretended to be an Android device connected to the official Facebook mobile app – a data harvesting technique known as "mobile scraping;"

**WHEREAS,** Zaghar's conduct violated Facebook's Terms of Service and state and federal law;

**WHEREAS**, Facebook previously revoked Zaghar's access to Facebook and sent a cease and desist letter to Zaghar in July 2018;

**WHEREAS**, on June 18, 2020, Plaintiff Facebook, Inc. ("Facebook") filed this action against Defendant Mohamed Zaghar, d/b/a Massroot8 ("Defendant") seeking injunctive and monetary relief.

**WHEREAS**, the parties have agreed to resolve this action, and part of that resolution includes the entry of this Stipulated Permanent Injunction.

**NOW, THEREFORE**, the parties stipulate and agree as follows:

### STIPULATED PERMANENT INJUNCTION

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED by the parties, that:

1. Defendant shall notify all future employees and agents of the existence of this Injunction and provide a copy of this Injunction to all current and future employees and agents.

2. Defendant and all other individuals acting on Defendant's behalf who are described in Federal Rule of Civil Procedure 65(d)(2), (collectively, the "Prohibited Parties") are immediately and permanently ordered and enjoined as follows:

      a.    The Prohibited Parties are immediately and permanently enjoined from accessing and using, whether directly or indirectly through a third party, intermediary, or proxy, the Facebook and Instagram platforms for any reason without Facebook's express written permission.

      b.    The Prohibited Parties are immediately and permanently enjoined from engaging in or assisting others in data collection (also known as "scraping" and "data harvesting") from Facebook, whether directly or indirectly through a third party, intermediary, or proxy.

      c.    The Prohibited Parties are immediately and permanently enjoined from logging into, managing, manipulating, operating, or otherwise taking action on behalf of, any Facebook or Instagram account of any Facebook or Instagram user, whether directly or indirectly through a third party, intermediary, or proxy.

3.    The Court will retain continuing jurisdiction to enforce the terms of this Stipulated Permanent Injunction and to address any other matters arising out of or regarding this Stipulated Permanent Injunction, including any allegations that the parties have failed to comply with their obligations as set forth in this Stipulated Permanent Injunction, and the parties agree to submit to the Court's jurisdiction for those purposes.

The rights and obligations under this Stipulated Permanent Injunction shall benefit, and be binding upon, each of the parties and their respective affiliates, predecessors, successors and assigns.

## DISMISSAL

Plaintiff's claims against Defendant are hereby dismissed with prejudice against the Defendant, except the Court retains jurisdiction to enforce this Stipulated Injunction and Dismissal. Each party bears its own fees and costs.

**IT IS SO STIPULATED.**

Dated: April 19, 2021                  **HUNTON ANDREWS KURTH LLP**
                                                 By:  /s/ *Jeff R. R. Nelson*

Hunton Andrews Kurth LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

| | |
|---|---|
| | Ann Marie Mortimer |
| | Jason J. Kim |
| | Jeff R. R. Nelson |
| | |
| | Attorneys for Plaintiff |
| | FACEBOOK, INC. |

Dated: April 19, 2021          By: _____
                                               MOHAMED ZAGHAR

### Signature Attestation Pursuant to Local Rule 5-1(i)(3)

I, Jeff R. R. Nelson, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: April 19, 2021          By:   /s/ *Jeff R. R. Nelson*
                                                Jeff R. R. Nelson

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.  The Court retains jurisdiction.

Dated: May 10, 2021          By: _____
                                               LAUREL BEELER
                                               United States Magistrate Judge

Hunton Andrews Kurth LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627